UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIEGO ABELINO ARZA,

           Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C25-0435-KKE

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      After careful consideration of Plaintiff's application to proceed *in forma pauperis* ("IFP"), the governing law, and the balance of the record, the Court ORDERS:

      (1)    Plaintiff's application to proceed IFP (Dkt. No. 2) is GRANTED. Plaintiff does not appear to have funds available to afford the $405.00 filing fee.

      (2)    Procedures in this case are governed by the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) to the Federal Rules of Civil Procedure and by Amended General Order 05-15 Re: Social Security Cases. As detailed in General Order 05-15, no later than seven (7) days following the court's notification to the Commissioner of the commencement of the action, Plaintiff shall provide the United States Attorney's Office for the Western District of Washington with Plaintiff's full name and social security number either by email to

1 | USAWAW.SSAClerk@usdoj.gov or delivery, by hand or mail, to "SSA Clerk Civil Division" at

2 | 700 Stewart Street, Suite 5220, Seattle, WA 98101.

3 |     Dated this 17th day of March, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2