UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIEGO ABELINO ARZU,

            Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

Case No. C25-0435-KKE

AMENDED ORDER GRANTING STIPULATED MOTION FOR EAJA FEES AND EXPENSES

This matter comes before the Court on the parties' stipulated motion for attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Dkt. No. 12. Based on the parties' stipulated motion and the supporting documents, the Court GRANTS the motion and AWARDS attorney's fees in the amount of $780.70 and expenses of $5.11 to Plaintiff under 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If the EAJA fees are not subject to an offset as described in *Ratliff,* the award for EAJA fees and expenses shall be delivered to Plaintiff's attorney Rosemary B. Schurman, based upon

1  Plaintiff's assignment of this fee, via electronic fund transfer or check.  Any check for EAJA fees
2  and expenses shall be mailed to Plaintiff's attorney at P.O. Box 65194, Port Ludlow, WA 98365.
3      Dated this 30th day of May, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

AMENDED ORDER GRANTING STIPULATED
MOTION FOR EAJA FEES AND EXPENSES - 2