1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIEGO ABELINO ARZU,<br><br>  Plaintiff(s),<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant(s). | CASE NO. C25-0435-KKE<br><br>AMENDED ORDER GRANTING STIPULATED MOTION FOR REMAND |

The parties filed a stipulated motion agreeing that the Commissioner's decision should be reversed and remanded to the Commissioner for a hearing before an Administrative Law Judge ("ALJ") and a new decision in regard to Plaintiff's applications for disability benefits. Dkt. No. 9. The Court GRANTS the motion and ORDERS that the Commissioner's decision with respect to Plaintiff's applications for disability benefits is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g).

On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a hearing, re-evaluate Plaintiff's subjective complaints, re-evaluate Plaintiff's residual functional capacity, continue through the sequential evaluation process as appropriate,

AMENDED ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

and issue a new decision.  Plaintiff may be entitled to reasonable attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Dated this 30th day of May, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

AMENDED ORDER GRANTING STIPULATED MOTION FOR REMAND - 2