## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIEGO ABELINO ARZU,<br><br>Plaintiff(s),<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant(s). | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C25-0435-KKE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS the parties' stipulated motion and ORDERS that the Commissioner's decision with respect to Plaintiff's applications for disability benefits is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g).

Dated May 30, 2025.

                                          Ravi Subramanian
                                          Clerk of Court

                                          */s/ Alejandro Pasaye Hernandez*
                                          Deputy Clerk