UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIEGO ABELINO ARZU,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C25-0435-KKE<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR 42 U.S.C. § 406(B) FEES |

This matter comes before the Court on Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Dkt. No. 17. The Commissioner takes no position on the motion. Dkt. No. 19. Based on the Court's review of Plaintiff's motion and the supporting documents, the Court finds that the amount requested is reasonable.

The Court therefore GRANTS Plaintiff's motion (Dkt. No. 17) and ORDERS that Rosemary B. Schurman is awarded attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), which may be paid from Plaintiff's past due benefits in accordance with agency policy, in the gross amount of $4,780.70, minus $780.70 previously received under the Equal Access to Justice Act, 28 U.S.C. § 2412, for a net award of $4,000.00.

The award shall be released to Plaintiff's attorney by electronic fund transfer or a check for fees, minus any applicable processing fees, mailed to:

Rosemary B. Schurman
121 Condon Lane
Port Ludlow, WA 98365

Dated this 28th day of September, 2026.

Kymberly K. Evanson
United States District Judge